UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RALPH DURDIN and<br>RICHARD J. DIOTTE<br><br>Plaintiffs,<br><br>v.<br><br>KURYAKYN HOLDINGS, INC.<br><br>Defendant. | Case No. 06 C 0039 C<br><br>DISCLOSURE STATEMENT OF<br>KURYAKYN HOLDINGS, INC. |

Kuryakyn Holdings, Inc. makes the following disclosure in compliance with Federal Rule of Civil Procedure 7.1:

1. Kuryakyn Holdings has a parent corporation as identified below:

   Motorsport Aftermarket Group, Inc.
   Suite B
   2146 Michelson Drive
   Irvine, CA 92612

2. Ten percent or more of Kuryakyn Holdings' stock is not owned by a publicly owned corporation.


Date:  January 13, 2006

s/John M. Weyrauch
John M. Weyrauch
Paul P. Kempf
DICKE, BILLIG & CZAJA, PLLC
Fifth Street Towers, Suite 2250
100 South Fifth Street
Minneapolis, MN 55402
(621) 573-2000

ATTORNEYS FOR DEFENDANT-
COUNTERCLAIM PLAINTIFF